UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, | * | CIVIL ACTION |
| AMTAX HOLDINGS 248, LLC, | * | NO. 14-02652 |
| AMTAX HOLDINGS 2001-UU, LLC, | * | |
| AMTAX HOLDINGS 249, LLC, | * | |
| AMTAX HOLDINGS 250, LLC, | * | SECTION "N" |
| | * | JUDGE ENGELHARDT |
| | * | |
| Plaintiffs, | * | |
| v. | * | MAG. DIV. (1) |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
| WARREN HOMES, LLC, | * | |
| VICTOR S. LORASO, JR. | * | |
| RENE C. CRESCIONIE, SR. | * | |
| CANARY HOMES, LLC, | * | |
| HNASKO HOLDING COMPANY, INC., | * | |
| ROBIN HOMES, LLC, | * | |
| SMITH SQUARE, LLC, | * | |
| V. RAY ROSE, | * | |
| SUMMIT APARTMENT MANAGEMENT | * | |
| COMPANY, INC., | * | |
| MICHAEL R. PERALTA, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 3.1 NOTICE OF RELATED ACTION**

NOW INTO COURT, through undersigned counsel, come plaintiffs, AMTAX Holdings 2001-VV, LLC, AMTAX Holdings 248, LLC, AMTAX Holdings 2001-UU, LLC, AMTAX Holdings 249, LLC, and AMTAX Holdings 250, LLC (collectively referred to as the "AMTAX Entities"), and, pursuant to Local Rule 3.1, give notice to this Court that a case related to the captioned matter is currently pending in the United States District Court for the Eastern District of Louisiana.

While the cases do not involve the same parties, the defamation claims in the case "*Hunt Capital Partners, LLC, et al v. Harold R. Berk, et al*," bearing Civil Action No. 14-02726 and pending in Section "C" of the United States District Court for the Eastern District of Louisiana (the "Defamation Litigation"), arose during the negotiations between the parties to this proceeding.

The AMTAX Entities would also note that the defendants here could be added as defendants in the Defamation Litigation.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**

        By:    *s/Steven F. Griffith, Jr.*
              STEVEN F. GRIFFITH, JR., T.A. (27232)
              ERIN E. PELLETERI (30666)
              MATTHEW C. JUNEAU (33210)
              201 St. Charles Avenue, Suite 3600
              New Orleans, Louisiana 70170
              Telephone: (504) 566-5200
              Facsimile: (504) 636-4000

        **ATTORNEYS FOR ALL PLAINTIFFS,**
        **AMTAX HOLDINGS 2001-VV, LLC,**
        **AMTAX HOLDINGS 248, LLC,**
        **AMTAX HOLDINGS 2001-UU, LLC,**
        **AMTAX HOLDINGS 249, LLC, AND**
        **AMTAX HOLDINGS 250, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 2nd day of December, 2014, a copy of the foregoing Local Rule 3.1 Notice of Related Action was served by electronic filing through the Court's electronic filing system.

*s/Steven F. Griffith, Jr.*
STEVEN F. GRIFFITH, JR.
