UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, et al., | * * | CIVIL ACTION |
| | * | NO. 14-2652 |
| Plaintiffs, | * | |
| | * | |
| v. | * | SECTION "N" |
| | * | JUDGE ENGELHARDT |
| WARREN HOMES, LLC, et al., | * | |
| | * | |
| Defendants. | * | MAG. DIV. (1) |
| | * | MAG. JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**STATEMENT OF MATERIAL FACTS**
**WHICH PRESENT NO GENUINE ISSUE**

Pursuant to Local Rule 56.1, plaintiffs, AMTAX Holdings 2001-VV, LLC, AMTAX Holdings 248, LLC, AMTAX Holdings 2001-UU, LLC, AMTAX Holdings 249, LLC, and AMTAX Holdings 250, LLC (collectively referred to as the "AMTAX Entities"), submit the following Statement of Material Facts Presenting No Genuine Issue in support of their Motion for Partial Summary Judgment:

*Ames Gardens*

1.  On July 1, 2014, the General Partners of Ames Gardens were in default of the Ames Gardens Partnership Agreement.[1]

---

[1] *See* Ex. "8," Padilla Declaration, ¶ 11; *see also*, Ex. "13," Harold Berk November 13, 2014, Blog Posting on ABA Forum on Affordable Housing.

2. AMTAX Holdings 2001-VV, LLC, the investor limited partner of Ames Gardens, sent a Notice of Default to the former General Partners of Ames Gardens, including Warren Homes, L.L.C., Mr. Loraso, and Mr. Crescionie, outlining the various defaults of the Ames Gardens Partnership Agreement.[2]

3. The General Partners of Ames Gardens did not timely provide evidence of cure of the defaults.[3]

### *Canary Homes*

4. On July 1, 2014, the General Partners of Canary Homes were in default of the Canary Homes Partnership Agreement.[4]

5. AMTAX Holdings 248, LLC, the investor limited partner of Canary Homes, sent a Notice of Default to the former General Partners of Canary Homes, including Canary Homes, L.L.C., outlining the various defaults of the Canary Homes Partnership Agreement.[5]

6. The General Partners of Canary Homes did not timely provide evidence of cure of the defaults.[6]

---

[2] Notice of Default to Ames Gardens General Partners, dated 7/1/14, attached as part of Tab "C" to Ex. "8," Padilla Declaration; *see also*, Ex. "11," Discovery Requests to Mr. Crescionie, Request for Admission No. 4; Ex. "12," Discovery Requests to Mr. Loraso, Request for Admission No. 4.

[3] Ex. "8," Padilla Declaration, ¶ 14; *see also*, Ex. "11," Discovery Requests to Mr. Crescionie, Request for Admission No. 6; Ex. "12," Discovery Requests to Mr. Loraso, Request for Admission No. 6.

[4] *See* Ex. "8," Padilla Declaration, ¶11, and Audited Financial Statements, attached as Tab "A" to Ex. "8," Padilla Declaration.

[5] Notice of Default to Canary Homes General Partners, dated 7/1/14, attached as part of Tab "C" to Ex. "8," Padilla Declaration.

[6] Ex. "8," Padilla Declaration, ¶ 14.

### *Hnasko Homes*

7. On July 1, 2014, the General Partner of Hnasko Homes was in default of the Hnasko Homes Partnership Agreement.[7]

8. AMTAX Holdings 2001-UU, LLC, the investor limited partner of Hnasko Homes, sent a Notice of Default to the General Partners of Hnasko Homes, including Hnasko Holding Company, Inc., outlining the various defaults of the Hnasko Homes Partnership Agreement.[8]

9. The General Partners of Hnasko Homes did not timely provide evidence of cure of the defaults.[9]

### *Robin Homes*

10. On July 1, 2014, the General Partners of Robin Homes were in default of the Robin Homes Partnership Agreement.[10]

11. AMTAX Holdings 249, LLC, the investor limited partner of Robin Homes, sent a Notice of Default to the General Partners of Robin Homes, including Robin Homes, L.L.C., outlining the various defaults of the Partnership Agreement.[11]

---

[7] *See* Ex. "8," Padilla Declaration, ¶11, and Audited Financial Statements, attached as Tab "A" to Ex. "8," Padilla Declaration.

[8] Notice of Default to Hnasko Homes General Partners, dated 7/1/14, attached as part of Tab "C" to Ex. "8," Padilla Declaration.

[9] Ex. "8," Padilla Declaration, ¶ 14.

[10] *See* Ex. "8," Padilla Declaration, ¶ 11, and Audited Financial Statements, attached as Tab "A" to Ex. "8," Padilla Declaration.

[11] Notice of Default to Robin Homes General Partners, dated 7/1/14, attached as part of Tab "C" to Ex. "8," Padilla Declaration.

12. The General Partners of Robin Homes did not timely provide evidence of cure of the defaults.[12]

### *Smith Square*

13. On July 1, 2014, the General Partners of Smith Square were in default of the Smith Square Partnership Agreement.[13]

14. AMTAX Holdings 250, LLC, the investor limited partner of Smith Square, sent a Notice of Default to the General Partners of Smith Square, including Smith Square Development, L.L.C., outlining the various defaults of the Smith Square Partnership Agreement.[14]

15. The General Partner of Smith Square did not timely provide evidence of cure of the defaults.[15]

---

[12] Ex. "8," Padilla Declaration, ¶ 14.

[13] *See* Ex. "8," Padilla Declaration, ¶ 11, and Audited Financial Statements, attached as Tab "A" to Ex. "8," Padilla Declaration.

[14] Notice of Default to Smith Square General Partners, dated 7/1/14, attached as part of Tab "C" to Ex. "8," Padilla Declaration.

[15] Ex. "8," Padilla Declaration, ¶ 14.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:     *s/Steven F. Griffith, Jr.*
        STEVEN F. GRIFFITH, JR., T.A. (27232)
        ERIN E. PELLETERI (30666)
        MATTHEW C. JUNEAU (33210)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana   70170
        Telephone:  (504) 566-5200
        Facsimile:  (504) 636-4000

**ATTORNEYS FOR PLAINTIFFS
AMTAX HOLDINGS 2001-VV, LLC,
AMTAX HOLDINGS 248, LLC,
AMTAX HOLDINGS 2001-UU, LLC,
AMTAX HOLDINGS 249, LLC, AND
AMTAX HOLDINGS 250, LLC**

6

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 10th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                *s/Steven F. Griffith, Jr.*
                STEVEN F. GRIFFITH, JR.