UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, | * | CIVIL ACTION |
| AMTAX HOLDINGS 248, LLC, | * | NO. 2:14-cv-02652 |
| AMTAX HOLDINGS 2001-UU, LLC, | * | |
| AMTAX HOLDINGS 249, LLC, | * | |
| AMTAX HOLDINGS 250, LLC, | * | |
| | * | SECTION "N" |
| Plaintiffs, | * | JUDGE ENGELHARDT |
| | * | |
| v. | * | |
| | * | MAG. DIV. (1) |
| WARREN HOMES, LLC, | * | MAG. JUDGE SHUSHAN |
| VICTOR S. LORASO, JR. | * | |
| RENE C. CRESCIONIE, SR. | * | |
| CANARY HOMES, LLC, | * | |
| HNASKO HOLDING COMPANY, INC., | * | |
| ROBIN HOMES, LLC, | * | |
| SMITH SQUARE, LLC, | * | |
| V. RAY ROSE, | * | |
| SUMMIT APARTMENT MANAGEMENT | * | |
| COMPANY, INC., | * | |
| MICHAEL R. PERALTA, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRELIMINARY WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, come Defendants, Warren Homes, LLC, Victor S. Loraso, Jr., Canary Homes, LLC, Hnasko Holding Company, Inc., Robin Homes, LLC, Smith Square, LLC, V. Ray Rose, Summit Apartment Management Company, Inc., and Michael R. Peralta (collectively, the "Defendants"), who file this Preliminary Witness and Exhibit List in connection with the above-captioned lawsuit. Defendants respectfully submit the following witnesses and exhibits which they *may* introduce at the trial on this matter:

**PRELIMINARY WITNESS LIST:**

1. Any Defendant in this matter;

2. Any Plaintiff in this matter;

3. Any representative, agent, manager, and/or asset manager of any Plaintiff in this matter, and/or any person or entity who elicits any control over any Plaintiff in this matter, including but not limited to the following entities: Tax Credit Holdings II, LLC; Tax Credit Holdings III, LLC; Tax Credit Holdings VII, LLC; TCH II Pledge Pool, LLC; American Tax Credit Fund XVI, LP; AMTAX Holdings Corp. Fund (Del.), LLC; AMTAX Holdings Corp. Fund (Del.) 31, LLC; HCP Pacific Asset Management, LLC; HCP Pacific, LLC; HCP Pacific Holdings, LLC; Hunt Companies, Inc.; Hunt Capital Partners, LLC;

4. A representative of Mississippi River Bank;

5. A representative of Little and Associates, LLC;

6. A representative of the Louisiana Housing Commission;

7. Stuart Rose, who has information on Warren Homes, LLC;

8. Norma Padilla;

9. Mark Hattier;

10. Alison Wadle;

11. George Grimes, who has information on Plaintiffs' refusal to allow Defendants to inspect the partnership books;

12. A representative of Protech 2002-A, LLC;

13. A representative of Protech 2003-B, LLC;

14. A representative of Protech 2001-B, LLC;

15. A representative of Protech 2003-A, LLC;

16. A representative of People's Community Subsidiary, Inc.;

17. A representative of Jefferson Housing Foundation;

18. A representative of Mirabeau Family Learning Center, Inc.;

19. A representative of Moriah Management, LLC;

20. Any person or entity, including representatives and/or agents of any person or entity listed in Plaintiffs' initial disclosures;

21. Any person or entity, including representatives and/or agents of any person or entity listed in Plaintiffs' Interim Witness and Exhibit List (R. doc. 149);

22. Any person or entity, including representatives and/or agents of any person or entity listed in Defendants' initial disclosures;

23. Any person or entity, including representatives and/or agents of any person or entity discovered through previously-issued discovery;

24. Any person or entity, including representatives and/or agents of any person or entity identified through future discovery; and

25. Any person or entity, including representatives and/or agents of any person or entity identified through any deposition taken to date, and/or any future deposition taken in connection with this matter.

**PRELIMINARY EXHIBIT LIST:**

1. Any and all exhibits listed on Plaintiffs' Preliminary Witness and Exhibit List (R. doc. 149);

2. Any and all exhibits introduced by any party at trial;

3. Any and all exhibits introduced by any party in depositions;

4. Any document produced by Plaintiffs in response to Defendants' Requests for Production of Documents;

5. Any document produced by Defendants in response to Plaintiffs' Requests for Production of Documents;

6. Any document identified through discovery in this matter;

7. Any documents obtained through Third Party Subpoenas issued by any party in connection with this matter;

8. Any letters, invoices, or deficiency notices received by Defendants regarding Plaintiffs' non-compliance and/or payment of invoices, bills, or other obligations following the removal of the General Partners;

9. Any documents produced pursuant to Court Order, including but not limited to those documents marked as "Confidential" and/or "Highly Confidential";

10. Any and all deposition testimony taken in this matter;

11. Any document referenced or referred to in any deposition taken in this matter;

12. Any news articles that reference any party to this matter;

13. Any material located on the world wide web that references or refers to any party to this matter;

14. Any material located on the world wide web that references or refers to any representative, agent, manager, and/or asset manager of any Plaintiff in this matter, and/or any person or entity who elicits any control over any Plaintiff in this matter, including but not limited to the following entities: Tax Credit Holdings II, LLC; Tax Credit Holdings III, LLC; Tax Credit Holdings VII, LLC; TCH II Pledge Pool, LLC; American Tax Credit Fund XVI, LP; AMTAX Holdings Corp. Fund (Del.), LLC; AMTAX Holdings Corp. Fund (Del.) 31, LLC; HCP Pacific Asset Management, LLC; HCP Pacific, LLC; HCP Pacific Holdings, LLC; Hunt Companies, Inc.; Hunt Capital Partners, LLC;

15. Any and all discovery requests, responses and documents produced during discovery on this matter;

16. Any and all pleadings filed in this matter by any party;

17. Any communications or documents related to or regarding the issues underlying this matter and/or the Local Limited Partnerships, that was created by or exchanged between any party to this matter, any representative, agent, manager, and/or asset manager of any Plaintiff in this matter, and/or any person or entity who elicits any control over any Plaintiff in this matter any party that elicits control and/or any person or entity named on any party to this matter's Witness and Exhibit Lists;

18. Any asset management agreement(s), contract(s), corporate governance document(s), and/or any agreement(s) of any kind entered in to by any representative, agent, manager, and/or asset manager of any Plaintiff in this matter, and/or any person or entity who elicits any control over any Plaintiff in this matter, including but not limited to the following entities: Tax Credit Holdings II, LLC; Tax Credit Holdings III, LLC; Tax Credit Holdings VII, LLC; TCH II Pledge Pool, LLC; American Tax Credit Fund XVI, LP; AMTAX Holdings Corp. Fund (Del.), LLC; AMTAX Holdings Corp. Fund (Del.) 31, LLC; HCP Pacific Asset Management, LLC; HCP Pacific, LLC; HCP Pacific Holdings, LLC; Hunt Companies, Inc.; Hunt Capital Partners, LLC;

19. Any timeline created of the events underlying this matter;

20. Any demonstrative exhibit;

21. Any expert witness report;

22. Any document and/or exhibit needed to impeach and/or rebut the testimony of any witness and/or to impeach and/or rebut any document introduced by any party to this matter;

23. Any document and/or exhibit needed to establish foundation;

24. Any document and/or exhibit needed to establish chain of custody of any other document and/or exhibit introduced by any party in this matter;

25. Any document and/or exhibit needed to authenticate any document and/or exhibit introduced by any party in this matter; and

26. Any summary, tabulation, and/or graphic demonstration of any of the above.

Defendants reserve the right to supplement and/or amend this Preliminary Witness and Exhibit List as discovery progresses and/or in response to witnesses or experts identified by any other party.

Respectfully submitted,

**AARON & GIANNA, PLC**

s/ DeWayne L. Williams
WILLIAM D. AARON, JR. (LSBA #2267)T.A.
DeWAYNE L. WILLIAMS (LSBA #27685)
ANNA RAINER (LSBA #31531)
AARON & GIANNA, PLC
201 St. Charles Ave., Suite 3800
New Orleans, LA 70170
Telephone:  (504) 569-1800
Facsimile: (504) 569-1801
Email: waaron@aarongianna.com
　　　　dwilliams@aarongianna.com
　　　　arainer@aarongianna.com

*Attorneys for Warren Homes, LLC, Victor S. Loraso, Jr., Canary Homes, LLC, Hnasko Holding Company, Inc., Robin Homes, LLC, Smith Square, LLC, V. Ray Rose, Summit Apartment*

*Management Company, Inc., and Michael R. Peralta*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on May 21, 2015, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter registered for electronic filing.

 s/DeWayne L. Williams