U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUN 05 2015

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, et al., | * | CIVIL ACTION |
| Plaintiffs | * | NO. 2:14-cv-02652 |
| VERSUS | * | SECTION "N" |
| | * | JUDGE ENGELHARDT |
| WARREN HOMES, LLC, et al., | * | |
| | * | MAG. DIV. (1) |
| | * | MAG. JUDGE SHUSHAN |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### RENE C. CRESCIONE, SR.'S ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, comes defendant Rene C. Crescione, Sr. in proper person, pro se, who answers the First Supplemental and Amending Complaint of AMTAX Holdings 2001-VV, LLC, AMTAX Holdings 248, LLC, AMTAX Holdings 2001-UU, LLC, AMTAX Holdings 249, LLC, and AMTAX Holdings 250, LLC as follows:

#### 1.

#### AFFIRMATIVE DEFENSES

This First Supplemental and Amending Complaint fails to state a claim against Rene C. Crescionie, Sr. upon which relief may be granted to AMTAX Holdings 2001-VV, LLC under FRCP 12(b).

This First Supplemental and Amending Complaint states a claim against Rene C. Crescionie, Sr. by AMTAX Holdings 2001-VV, LLC for which the applicable prescriptive period of limitations has run.

This Complaint alleging facts of fraud by Rene C. Crescionie, Sr. in the management of Ames Gardens Estates Limited Partnership is neither pleaded with particularity pursuant to

1


Fee_____
Process_____
X Dktd_____
___ CtRmDwp_____
___ Doc. No._____

FRCP 9(b) nor verified by an affidavit executed by an officer or employee of AMTAX Holdings 2001-VV, LLC.

Rene C. Crescionie, Sr. pleads the affirmative defense of illegality of the Ames Gardens Estates Limited Partnership, as amended, with AMTAX Holdings 2001-VV, LLC.

Rene C. Crescionie, Sr. pleads the affirmative defense of payment to AMTAX Holdings 2001-VV, LLC.

Rene C. Crescionie, Sr. pleads the affirmative defense of waiver in the actions, the intent of AMTAX Holdings 2001-VV, LLC to waive the alleged breaches of fiduciary duty and negligence are clearly demonstrated by the surrounding facts and circumstances of its attorneys, agents, officers or employees of AMTAX Holdings 2001-VV, LLC.

Rene C. Crescionie, Sr. pleads the affirmative defense of equitable estoppel as a party without knowledge or means of obtaining knowledge of the facts asserted, who detrimentally relied on the representations of his general and investor limited partners.

Rene C. Crescionie, Sr. pleads the affirmative defense that AMTAX Holdings 2001-VV, LLC failed to mitigate damages on the Ames Gardens Estates Limited Partnership.

2.

ANSWER

AND NOW, in Answer to the specific allegations of the First Amended Complaint, Rene C. Crescionie, Sr. pleads as follows:

106.

The allegations contained in Paragraph 106 of the First Amended Complaint are denied as written.

106(A).

The allegations contained in Paragraph 106(A) of the First Amended Complaint are denied for a lack of information to justify a belief therein.

106(B).

The allegations contained in Paragraph 106(B) of the First Amended Complaint are denied for a lack of information to justify a belief therein.

106(C)

The allegations contained in Paragraph 106(C) of the First Amended Complaint are denied for a lack of information to justify a belief therein.

106(D).

The allegations contained in Paragraph 106(D) of the First Amended Complaint are denied for a lack of information to justify a belief therein.

153.

The allegations contained in Paragraph 153 of the First Amended Complaint are denied for a lack of information to justify a belief therein.

154.

The allegations contained in Paragraph 154 of the First Amended Complaint are denied for a lack of information to justify a belief therein. This allegation of settlement regarding the Ashley Beauford litigation contradicts allegations of Paragraph 106(A) to maintain insurance for the settlement of claims such as the Ashley Beauford claim under the Partnership Agreement.

155.

The allegations contained in Paragraph 155 of the First Amended Complaint are denied for a lack of information to justify a belief therein. Defendant Rene C. Crescionie, Sr. was not properly removed and the action may involve the determination of defendant Rene C.

Crescionie, Sr.'s liability to the plaintiff with respect to Federal tax credits excepted under 28 U.S.C. section 2001(a) as may be reviewed by the court.

156.

The allegations contained in Paragraph 156 of the First Amended Complaint are denied for a lack of information to justify a belief therein.

157.

The allegations contained in Paragraph 157 of the First Amended Complaint are denied for a lack of information to justify a belief therein. Defendant was not served with the Beauford lawsuit and the service was returned to the Clerk of the 24th Judicial District Court by the Jefferson Parish Sheriff as issued upon the wrong address.

158.

The allegations contained in Paragraph 158 of the First Amended Complaint are denied for a lack of information to justify a belief therein.

159.

The allegations and prayer for relief contained in unnumbered paragraph 159 of the First Amended Complaint are denied.

**WHEREFORE**, Defendant Rene C. Crescionie, Sr. prays that this Answer to the First Supplemental and Amending Complaint be deemed good and sufficient and that after all due proceedings are had that there be judgment in his favor and against the plaintiffs dismissing the original and amended Complaint and the claims stated therein with prejudice, and with costs awarded in favor of Defendant Rene C. Crescionie, Sr.

Respectfully submitted,

*/s/ Rene C. Crescionie*
Rene C. Crescionie, Sr.
724 Marlene Dr.
Gretna, LA 70056
PRO SE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served on counsel of record either by the Electronic Case Management system or by placing a copy of same in U.S. mail, properly addressed and postage prepaid this 5TH day of June, 2015.

*/s/ Rene C. Crescionie*
Rene C. Crescionie, Sr.