UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AMTAX HOLDINGS 2001-VV, LLC, et al**               **CIVIL ACTION**

**VERSUS**                                          **NO. 14-2652-KDE-SS**

**WARREN HOMES, LLC, et al**

## ORDER

PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTIONS (Rec. doc. 167)

**SET WITHOUT ORAL ARGUMENT**

PLAINTIFF'S MOTION FOR EXPEDITED HEARING (Rec. doc. 168)

**GRANTED IN PART AND DENIED IN PART**

IT IS ORDERED that: (1) the motion of the plaintiffs, AMTAX Holdings 2001-VV, LLC, AMTAX Holdings 248, LLC, AMTAX Holdings 2001-UU, LLC, AMTAX Holdings 249, LLC, and AMTAX Holdings 250, LLC, for contempt and sanctions (Rec. doc. 167) is set for submission on **Friday, June 26, 2015**, on briefs and without oral argument; (2) the deadline for opposition to plaintiffs' motion for contempt and sanctions is **5:00 p.m. on Wednesday, June 24, 2015**; (3) the deadline for a reply is **Thursday, June 25, 2015**; and (4) plaintiffs' motion for expedited consideration (Rec. doc. 168) is GRANTED in PART and DENIED in PART.

New Orleans, Louisiana, this 22nd day of June, 2015.

                                                                  _____
                                                                  **SALLY SHUSHAN**
                                                                  **U.S. Magistrate Judge**