UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AMTAX HOLDINGS 2001-VV, LLC, et al**    CIVIL ACTION

**VERSUS**    NO. 14-2652-KDE-SS

**WARREN HOMES, LLC, et al**

### ORDER

PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTIONS (Rec. doc. 167)

**RESET WITHOUT ORAL ARGUMENT**

The motion of the plaintiffs, AMTAX Holdings 2001-VV, LLC, AMTAX Holdings 248, LLC, AMTAX Holdings 2001-UU, LLC, AMTAX Holdings 249, LLC, and AMTAX Holdings 250, LLC, for contempt and sanctions seeks relief against Harold Berk for alleged violations of a protective order. Mr. Berk is not party to this litigation and is not counsel of record for a party. He did not receive a copy of the order through the CMECF system.

IT IS ORDERED that: (1) plaintiffs' motion for contempt and sanctions (Rec. doc. 167) is RESET for submission on **Wednesday, July 1, 2015**, on briefs and without oral argument; (2) the deadline for opposition to plaintiffs' motion for contempt and sanctions is **Friday, June 26, 2015**; and (3) the deadline for a reply is **Tuesday, June 30, 2015.**

New Orleans, Louisiana, this 23rd day of June, 2015.

                                            **SALLY SHUSHAN**
                                            **U.S. Magistrate Judge**

Clerk to email copy of order to:
Harold R. Berk
haroldberk@gmail.com