UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, | * | CIVIL ACTION |
| AMTAX HOLDINGS 248, LLC, | * | NO. 2:14-cv-02652 |
| AMTAX HOLDINGS 2001-UU, LLC, | * | |
| AMTAX HOLDINGS 249, LLC, | * | |
| AMTAX HOLDINGS 250, LLC, | * | |
| | * | SECTION "N" |
| Plaintiffs, | * | JUDGE ENGELHARDT |
| | * | |
| v. | * | |
| | * | MAG. DIV. (1) |
| | * | MAG. JUDGE SHUSHAN |
| WARREN HOMES, LLC, | * | |
| VICTOR S. LORASO, JR. | * | |
| RENE C. CRESCIONIE, SR. | * | |
| CANARY HOMES, LLC, | * | |
| HNASKO HOLDING COMPANY, INC., | * | |
| ROBIN HOMES, LLC, | * | |
| SMITH SQUARE, LLC, | * | |
| V. RAY ROSE, | * | |
| SUMMIT APARTMENT MANAGEMENT | * | |
| COMPANY, INC., | * | |
| MICHAEL R. PERALTA, | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing *Ex Parte* Motion by Defendants for Leave to File their Motion to Dismiss Plaintiffs' Original Complaint [Rec. Doc. 1] and First Supplemental and Amending Complaint [Rec. Doc. 153] pursuant to Federal Rules of Civil Procedure 12(b)(1), (6), and (7):

**IT IS HEREBY FURTHER ORDERED** that the Motion by the Defendants should be and hereby is **GRANTED**

New Orleans, Louisiana, on this the 25th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE