UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 14-2652 |
| WARREN HOMES, LLC, ET AL. | SECTION "N" (1) |

**ORDER AND REASONS**

Presently before the Court are two motions filed Defendants. See Rec. Docs. 119-8 and 93). The Court rules on each as stated herein.

I. **Defendants' Motion to Review Magistrate Judge's Denial (Sealed Rec. Doc. 119-8)**

Having carefully considered the parties' submissions, the record in this matter, and applicable law, the Court does not find Magistrate Judge Shushan's discovery rulings clearly erroneous or contrary to law. Accordingly, **IT IS ORDERED** that Defendants' Motion to Review Magistrate Judge's Denial (Sealed Rec. Doc. 119-8) is **DENIED** such that the Magistrate Judge's Order (Rec. Doc. 110) is **AFFIRMED**.

II. **Defendants' Motion for Contempt, Modification of the Temporary Restraining Order and for Attorneys' Fees (Rec. Doc. 93)**

On the limited showing made, the Court is not convinced that the relief sought by Defendants' Motion for Contempt, Modification of the Temporary Restraining Order and for Attorneys' Fees (Rec. Doc. 93) is warranted. Thus, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 17th day of September 2015.

**KURT D. ENGELHARDT**
**United States District Judge**