UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 14-2652 |
| WARREN HOMES, LLC, ET AL. | SECTION "N" (1) |

## O R D E R

As stated during the telephone conference held on September 22, 2015, **IT IS ORDERED** that the jury trial scheduled to commence on September 28, 2015, is continued. Trial of all issues shall instead commence during the week of November 16, 2015. Unless otherwise ordered, the trial shall begin on Monday at 8:30 a.m. Trial preparation deadlines that have not passed are extended commensurate with the new trial date.

New Orleans, Louisiana, this 24th day of September 2015.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE