UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMTAX HOLDINGS 2001-VV, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 14-2652 |
| WARREN HOMES, LLC, ET AL. | SECTION "N" (1) |

**J U D G M E N T**

As set forth in this Court's November 9, 2015 Order and Reasons (Rec. Doc. 287), which granted Defendant Loraso's motion for reconsideration (Rec. Doc. 276) of the Court's September 24, 2015 Order and Reasons (Rec. Doc. 263), relative to his previously filed motion to dismiss for lack of subject matter jurisdiction (Rec. Doc. 173), **IT ORDERED, ADJUDGED AND DECREED** that the claims asserted by Plaintiff AMTAX Holdings 2001-VV, as well as the remaining breach of contract counterclaim asserted by Defendant Loraso, are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 11th day of May 2016.

_____
**KURT D. ENGELHARDT**
**United States District Judge**